■ JEROME S. BERG, Respondent, v COMMUNITY NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Defendant-Appellant and Third-Party Plaintiff. SHERWIN CONTRACTING COMPANY, INC., et al., Third-Party Defendants.—Order, Supreme Court, New York County, entered on February 4, 1980, granting summary judgment, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Appeal from order of said court entered on February 4, 1980, denying reargument, is

dismissed as nonappealable, without costs and without disbursements. No opinion. Concur—Sandler, J. P., Sullivan, Silverman and Carro, JJ.